DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DYLAN DEAN KREN,

Appellant,

v.

WEST PARK VILLAGE OWNER LLC,

Appellee.

No. 2D2025-0416

_____

October 29, 2025

Appeal from the Circuit Court for Hillsborough County; Jennifer P.
Johnson, Judge.

Dylan Dean Kren, pro se.

Ginger Barry Boyd and Jill Kowalski of Nelson Mullins Riley &
Scarborough LLP, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.